IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION |
| vs. | ) ) ) Cause No. 3:08-MJR-DGW-683 |
| AARON'S RENTS, INC., d/b/a AARON'S SALES & LEASE OWNERSHIP, | ) ) ) |
| Defendants. | ) |

## MOTION TO INTERVENE

COMES NOW Plaintiff, Ashley Alford, by her attorney, Judy L. Cates and The Cates Law Firm, L.L.C., and requests permission of this Court, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, to intervene in the cause of action filed by the EEOC. In support of her Motion, Plaintiff states as follows:

1. On or about September 30, 2008, the Equal Employment Opportunity Commission ("EEOC") filed suit in this matter.

2. Plaintiff/Intervenor requests permission to intervene because her Complaint contains the same common questions of fact and law under Title VII and she is granted the right to intervene pursuant to 42 U.S.C. §2000e-5.

3. The intervention will not unduly delay or prejudice the adjudication of the rights of the original procedure.

4. The Plaintiff/Intervenor requests that this Court grant permission to intervene in this matter for the above stated reasons.

WHEREFORE, for the foregoing reasons, Plaintiff prays that this Court grant her Motion to Intervene in its entirety along with any other relief deemed just and appropriate by this Court.

Respectfully submitted,

\_\_/s/  Judy L. Cates_____
JUDY L. CATES # 00414743
*The Cates Law Firm, L.L.C.*
216 West Pointe Drive, Suite A
Swansea, IL  62226
Telephone: (618) 277-3644
Facsimile: (618) 277-7882
E-mail: jcates@cateslaw.com

***Attorneys for Plaintiff, Ashley Alford***

## PROOF OF SERVICE

I hereby certify that on September 30, 2008, I electronically filed a Motion to Intervene on behalf of Plaintiff/Intervenor, Ashley Alford, with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

\_\_/s/  Judy L. Cates_____