IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| ASHLEY ALFORD, | ) Case No. 3:08-cv-683 MJR ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| AARON RENTS, INC. et al., | ) ) |
| Defendants. | ) |

## ORDER

A Discovery Dispute Hearing was held on February 19, 2009, on the Court's own motion. The Court **ORDERS** the following:

1. The Defendant's Motion for Reconsideration of Plaintiffs' Motion to Quash (Doc. 41) is **MOOT**.

2. The Court finds that it has no jurisdiction to quash subpoenas not issued by this Court.

3. Regarding the two subpoenas issued by this Court, the parties may supplement their previous filings with an additional memorandum of law on the question whether the information sought in the two subpoenas is relevant and therefore discoverable. Plaintiffs' memorandum shall not exceed ten pages; Defendants' memorandum shall not exceed five pages. Supplemental memoranda are due by February 27, 2009.

4. The parties are encouraged to work out a discovery method pursuant to Fed. R. Civ. P. 26(c)(1)(C), which allows the Court to enter a protective order "prescribing a discovery method other than the one selected by the party seeking discovery," on their own, without the Court's intervention. If the parties cannot agree on a discovery method pursuant to that rule, the parties may make a request for such a protective order in the memoranda described above.

5. If, after evaluating the memoranda on relevance, the Court orders the two subpoenas to be reissued, the parties are granted ten days in which to file a joint motion for a protective

order pursuant to Fed. R. Civ. P. 26(c)(1), including a certification that the parties conferred in good faith. The proposed protective order shall be submitted to the Court via electronic mail. If the protective order comports with the strict dictates of the Seventh Circuit, the Court will issue the protective order.

**IT IS SO ORDERED.**

**DATED: February 23, 2009**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**