IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| ASHLEY ALFORD, | ) ) | Case No. 3:08-cv-683-MJR |
| Plaintiff/Intervenor, | ) ) | |
| v. | ) ) | |
| AARON RENTS, INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

On June 26, 2009, the Court held a Telephonic Discovery Dispute Conference in this matter. Jan Shelly appeared by phone on behalf of Plaintiff Equal Employment Opportunity Commission; Judy L. Cates and David I. Cates appeared by phone on behalf of Plaintiff/Intervenor Ashley Alford; Elliott M. Friedman appeared by phone on behalf of Defendant Aaron Rents, Inc., and Greg E. Roosevelt appeared by phone on behalf of Defendant Richard Moore. The Court **ORDERS** the following:

1. The Bell South telephone bills and the detailed reports of telephone calls made to Aaron Rents Sexual Harassment Hotline in the months of March, April, and May 2006, ordered produced by the Court in its June 22, 2009 order, will be available for inspection by Plaintiff and Plaintiff/Intervenor on June 30, 2009, in Atlanta at the offices of Aaron Rents' counsel.

2. The deposition of the Rule 30(b)(6) deponent designated to give testimony regarding the Aaron Rents Sexual Harassment Hotline will begin at 9:00 a.m. on July 1, 2009, and will conclude when the Rule 30(b)(6) deponent is no longer available. To the extent necessary, the deposition will continue on July 2, 2009 at 9:00 a.m. The deposition will last, to the extent necessary, the full amount of time allowed under the Federal Rules of Civil Procedure.

3. Defendant Aaron Rents' Motion for Order to Issue Ruling (Doc. 62) is **GRANTED**.

4. The Court **DENIES** Plaintiff/Intervenor's request for issuance of a protective order pursuant to FED. R. CIV. P. 26(c)(1)(C) prescribing the method of discovery.

5. Defendant Aaron Rents is **GRANTED** leave to reissue the subpoena, pursuant to FED. R. CIV. P. 45, to La-Z-Boy Furniture Galleries limited to payroll records, attendance records, resignation letters, on-the-job accidents, and Workers' Compensation claims.

6. The Court **DENIES** Defendant Aaron Rents' request for subpoena to La-Z-Boy Furniture Galleries seeking employment applications, interview notes, intake questionnaires, discipline records, performance evaluations, and allegations of other charges of harassment or lawsuits.

7. Defendant Aaron Rents is **GRANTED** leave to reissue the subpoena, pursuant to FED. R. CIV. P. 45, to Southwestern Illinois College limited to a transcript and attendance records.

8. The Court **DENIES** Defendant Aaron Rents' request for subpoena to Southwestern Illinois College for disciplinary records.

**DATED: June 26, 2009**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**