IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>ASHLEY ALFORD, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>AARON RENTS, INC. et al., )<br>)<br>Defendants. ) | Case No. 3:08-cv-683 MJR |

**ORDER**

Pursuant to SDIL-LR 16.3(a) and 16.3(b)(1), the Settlement Conference set in this matter for February 2, 2010, is **CANCELED** and **RESET** for **November 30, 2009**, at **9:00 a.m.** in the East St. Louis Federal Courthouse.

The parties shall follow the instructions regarding the Court's practices and procedures for settlement conferences set forth in Court's Order and Notice of Settlement Conference entered on January 15, 2009 (Doc. 23).

**IT IS SO ORDERED.**

**DATED: October 13, 2009**

                                            *s/ Donald G. Wilkerson*
                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**