IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY ALFORD, | ) |
| | ) |
|    Plaintiff/Intervenor, | ) |
| | ) |
| v. | )   Case No. 3:08-cv-683-MJR-DGW |
| | ) |
| AARON RENTS, INC., et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

A telephonic discovery dispute conference was held on November 29, 2010, regarding a mental examination of the Plaintiff pursuant to Fed. R. Civ. P. 35. The Court determines that Plaintiff has placed at issue her mental status, thus good cause exists for a mental examination. Accordingly the oral motion for a mental examination pursuant to Rule 35 is **GRANTED**.

1. The examination shall occur, as agreed to by the parties, by **December 20, 2010**. The parties shall inform the Court if the examination cannot be scheduled by that date.

2. Dr. Michael E. Altoff, Ph.D. shall perform the examination at his office in Carbondale, Illinois.

3. The examination is limited to one day from 8:30 a.m. to 5:00 p.m. If Dr. Altoff determines he needs additional time for the examination, the parties shall contact the Court.

4. The examination shall not be recorded.

**5.** Dr. Altoff shall distribute the report required by Fed. R. Civ. P. 35(b) to the parties by **January 15, 2011.**

6. Defendant Aaron Rents shall provide to Plaintiff Ashley Alford the names of medical professionals for whom Defendant possesses medical records, but no affidavit from a

records custodian. In return, Plaintiff shall provide Defendant with such affidavits or releases for medical records so Defendant may obtain them independently.

**IT IS SO ORDERED.**

**DATED: November 29, 2010**

                                              *s/ Donald G. Wilkerson*
                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**