# RICHARD MOORE VERDICT FORM

**Count I** of Plaintiff's complaint alleges a claim against Richard Moore for "Assault." Richard Moore denies that he did any of the things claimed by the Plaintiff and denies that any act or omission on his part was a proximate cause of the Plaintiff's claimed damages.

**QUESTION NO. 1:** Do you find Richard Moore liable under Count I for the "Assault" on Ashley Alford?     YES  [X]

NO  [ ]

**Count II** of Plaintiff's complaint alleges a claim against Richard Moore for "Battery." Richard Moore denies that he did any of the things claimed by the Plaintiff and denies that any act or omission on his part was a proximate cause of the Plaintiff's claimed damages.

**QUESTION NO. 2:** Do you find Richard Moore liable under Count II for the "Battery" on Ashley Alford?     YES  [X]

NO  [ ]

If you find Richard Moore liable under either Question No. 1 or Question No. 2, or both, you must then fix the amount of money which will reasonably and fairly compensate Ashley Alford ~~her~~ for any of the following elements of damages

1

proved by the evidence to have resulted from the wrongful conduct of Richard Moore, taking into consideration the nature, extent and duration of the injury and the aggravation of any pre-existing ailment or condition as follows:

| | |
|---|---|
| The pain and suffering experienced by Ashley Alford and reasonably certain to be experienced in the future as a proximate cause of the wrongful conduct: | $ 250,000.00 |
| The humiliation, indignity and vexation suffered by Ashley Alford as a proximate cause of the wrongful conduct: | $ 0 |
| The emotional distress experienced by Ashley Alford and reasonably certain to be experienced in the future as a proximate cause of the wrongful conduct: | $ 1,250,000.00 |
| The loss of a normal life experienced By Ashley Alford and reasonably certain to be experienced in the future as a proximate cause of the wrongful conduct: | $ 0 |
| TOTAL: | $ 1,500,000.00 |

2



Dated this __7__ day of June, 2011.