# AARON RENTS, INC. VERDICT FORM
# STATE LAW CLAIM

**Count V** of Plaintiff's complaint alleges a claim against Aaron Rents, Inc. for "Negligent Supervision." Aaron Rents, Inc. denies that it did any of the things claimed by the Plaintiff and denies that any act or omission on its part was a proximate cause of the Plaintiff's claimed damages.

**QUESTION NO. 3:** Do you find Aaron Rents, Inc. liable under Count V for "Negligent Supervision?"   YES ☒
                                                                                                    NO ☐

**Count VIII** of Plaintiff's complaint alleges a claim against Aaron Rents, Inc. for "Intentional Infliction of Emotional Distress." Aaron Rents, Inc. denies that it did any of the things claimed by the Plaintiff and denies that any act or omission on its part was a proximate cause of the Plaintiff's claimed damages.

**QUESTION NO. 4:** Do you find Aaron Rents, Inc. liable under Count VIII for "Intentional Infliction of Emotional Distress?"   YES ☒
                                                                                                                               NO ☐

If you find Aaron Rents, Inc. liable under either Question No. 3 or Question No. 4, or both, you must then fix the amount of money which will reasonably and fairly compensate Ashley Alford ~~her~~ for any of the following elements of damages

1

proved by the evidence to have resulted from the wrongful conduct of Aaron Rents, Inc., taking into consideration the nature, extent and duration of the injury and the aggravation of any pre-existing ailment or condition as follows:

The pain and suffering experienced by Ashley Alford and reasonably certain to be experienced in the future as a proximate cause of the wrongful conduct:     $ 3,000,000.00

The humiliation, indignity and vexation suffered by Ashley Alford as a proximate cause of the wrongful conduct:     $ 3,000,000.00

The emotional distress experienced by Ashley Alford and reasonably certain to be experienced in the future as a proximate cause of the wrongful conduct:     $ 3,000,000.00

The loss of a normal life experienced By Ashley Alford and reasonably certain to be experienced in the future as a proximate cause of the wrongful conduct:     $ 500,000.00

TOTAL:     $ 9,500,000.00

Dated this 7 day of June, 2011.