# AARON RENTS, INC. VERDICT FORM
# FEDERAL LAW CLAIMS

**Count XI** of Plaintiff's complaint alleges a federal claim against Aaron Rents, Inc. for "Retaliation." Aaron Rents, Inc. denies that it did any of the things claimed by the Plaintiff and denies that any act or omission on its part was a proximate cause of the Plaintiff's claimed damages.

**QUESTION NO. 5:** Do you find Aaron Rents, Inc. liable under Count XI for "Retaliation?"  YES [ ]

NO [X]

**Count XII** of Plaintiff's complaint alleges a claim against Aaron Rents, Inc. for "Sexual Harassment." Aaron Rents, Inc. denies that it did any of the things claimed by the Plaintiff and denies that any act or omission on its part was a proximate cause of the Plaintiff's claimed damages.

**QUESTION NO. 6:** Do you find Aaron Rents, Inc. liable under Count XII for "Sexual Harassment?"  YES [X]

NO [ ]

1

If you find Aaron Rents, Inc. liable under either Question No. 5 or Question No. 6, or both, you must then fix the amount of money which will reasonably and fairly compensate Ashley Alford ~~her~~ for any of the following elements of damages proved by the evidence to have resulted from the wrongful conduct of Aaron Rents, Inc., taking into consideration the nature, extent and duration of the injury and the aggravation of any pre-existing ailment or condition as follows:

| | |
|---|---|
| The physical, mental/emotional pain and suffering that Ashley Alford has experienced in the past is reasonably ^and^ certain to experience in the future: | $ 2,000,000.00 |
| The loss of a normal life that Ashley Alford has experienced in the past and is reasonably certain to experience in the future: | $ 2,000,000.00 |
| TOTAL: | $ 4,000,000.00 |

███████████████████████████████████████

Dated this 7 day of June, 2011.