# AARON RENTS, INC.   VERDICT FORM
## PUNITIVE DAMAGES

**QUESTION NO.   1:**    Does the jury assess punitive damages against Defendant, Aaron Rents, Inc. under <u>Count V</u>, *Negligent Supervision*?

**YES** ☒ **We, the jury, assess punitive damages in the amount of**

$ _30,000,000.00_

**NO** ☐

**QUESTION NO.   2:**    Does the jury assess punitive damages against Defendant, Aaron Rents, Inc. under <u>Count XII</u>, *Sexual Harassment*?

**YES** ☒ **We, the jury, assess punitive damages in the amount of**

$ _50,000,000.00_

**NO** ☐



Dated this ___ day of June, 2011.