# United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| ASHLEY ALFORD, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>AARON RENTS, INC., RICHARD )<br>MOORE and BRAD MARTIN, )<br>)<br>Defendants. ) | Case No. 08-cv-0683-MJR |

## JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with Judge Michael J. Reagan presiding, and the jury has rendered a verdict. Judgment is entered on the jury verdict as follows:

1. **Defendant Richard Moore**

   a. **Compensatory damages**:
   Judgment is hereby entered in favor of Plaintiff-Intervenor Ashley Alford and against Defendant Richard Moore on Count 1 (assault) and Count 2 (battery) in the amount of **$1,500,000.00**. This figure represents the jury's assessment of damages for both counts combined.

   b. **Punitive damages**:
   Judgment is hereby entered in favor of Defendant Richard Moore and against Plaintiff-Intervenor Ashley Alford on Count 1 (assault) and Count 2 (battery).

2. **Defendant Aaron Rents, Inc.**

   a. **Compensatory damages**:
   Judgment is hereby entered in favor of Plaintiff-Intervenor Ashley Alford and against Defendant Aaron Rents, Inc., in the amount of **$9,500,000.00** on Count 5 (negligent supervision) and Count 8 (intentional infliction of emotional distress). This figure represents the jury's assessment of damages for both counts combined.

   Judgment is hereby entered in favor of Defendant Aaron Rents, Inc., and against Plaintiff-Intervenor Ashley Alford on Count 11 (retaliation). Judgment is hereby entered in favor of Plaintiff-Intervenor Ashley Alford and against

Defendant Aaron Rents, Inc., in the amount of **$300,000.00** on Count 12 (sexual harassment). This figure results from the Court's July 7, 2011, Order reducing the $4,000,000.00 jury award on Count 12 to conform to the statutory cap, pursuant to 42 U.S.C. § 1981a(b) (Doc. 393).

b. **Punitive damages**:

Judgment is hereby entered in favor of Plaintiff-Intervenor Ashley Alford and against Defendant Aaron Rents, Inc., in the amount of **$30,000,000.00** on Count 5 (negligent supervision). On July 7, 2011, the Court vacated the jury award of $50,000,000.00 on Count 12 (sexual harassment) to conform to the statutory cap, pursuant to 42 U.S.C. § 1981a(b) (Doc. 393).

**Other:**

On May 3, 2011, the Court granted summary judgment on Count 3 (negligent hiring) to Defendant Aaron Rents, Inc. (Doc. 310).

On May 31, 2011, the Court granted Defendant Aaron Rents, Inc.'s Rule 50 motion on Count 4 (negligent retention), citing *Helfers-Beitz v. Degelman,* 939 N.E.2d 1087, 1091 (Ill.App.Ct. 2010), *citing Zahl v. Krupa,* 927 N.E.2d 262, 283 (2010).

Although the record is not clear, on June 1, 2011, off the record, the Court granted Defendant Aaron Rents, Inc.'s Rule 50 motion on Count 6 (negligent investigation of a sexual harassment claim) as jurisdictionally barred by the Illinois Human Rights Act.

On May 31, 2011, Plaintiff-Intervenor Ashley Alford voluntarily dismissed Count 7 (negligent repair).

On March 25, 2011, the Court dismissed Count 9 (intentional infliction of emotional distress against Brad Martin), pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 277).

On May 25, 2011, Plaintiff-Intervenor Ashley Alford voluntarily dismissed Count 10 (intentional infliction of emotional distress) as duplicative of Count 8.

**Summary of money damages judgment:**

Judgment in favor of Plaintiff-Intervenor Ashley Alford and against Defendant Richard Moore in the amount of $1,500,000.00 compensatory damages.

Judgment in favor of Plaintiff-Intervenor Ashley Alford and against Defendant Aaron Rents, Inc., in the amount of $9,800,000.00 compensatory damages and $30,000,000.00 punitive damages.

DATED this 24th day of August, 2011

                                                    s/Michael J. Reagan  
                                                    MICHAEL J. REAGAN  
                                                    United States District Judge

Dated: 8/24/2011

                                                    NANCY J. ROSENSTENGEL, Clerk

                                                    s/ Mona Zingrich  
                                                     Deputy Clerk