IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ASHLEY ALFORD, | ) | |
| | ) | |
| Intervenor-Plaintiff, | ) | |
| | ) | |
| Vs. | ) | 08-CV-0683-MJR |
| | ) | |
| | ) | |
| AARON RENTS, INC., d/b/a, AARON | ) | |
| SALES AND LEASE OWNERSHIP; | ) | |
| RICHARD MOORE; and BRAD MARKIN, | ) | DATE: January 13, 2012 |
| | ) | TIME: 10:00 - 12:30 PM |
| Defendants. | ) | |
| | ) | PLACE: EAST ST. LOUIS |
| | ) | |

**PRESIDING: HONORABLE MICHAEL J. REAGAN**

**DEPUTY CLERK: Debbie DeRousse**       **COURT REPORTER: Julie Sievers**
                                           **(Gore Perry Reporting #314-241-6750)**

**Attorney(s) for Plaintiff:  David S. Ratner,  Martha McBrayer,  Benedict P. Morelli,  Judy Cates and David I. Cates**

**Attorney (s) for Defendants:  Camilla Olson,  Richard Lapp and Greg Roosevelt**

### PROCEEDINGS: ORAL ARGUMENTS ON PENDING MOTIONS

Arguments heard on Motion for New Trial filed at document #414 and MOTION for Judgment as a Matter of Law filed at document #415.

Court takes under advisement a portion of the motions and makes the findings on the following, the Court rules not to sustain the verdict in its current form.

Court discusses with Attorney Roosevelt his filings of out of time documents at #439. Attorney Roosevelt makes oral motion to withdraw request filed at #439. Court grants oral motion and request filed at #439 is withdrawn.

Detailed order to follow.