IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY ALFORD, ) | |
| ) | |
|    Plaintiff/Intervenor, ) | |
| ) | |
| v. ) | Case No. 3:08-MJR-DGW-683 |
| ) | |
| AARON RENTS, INC., d/b/a AARON ) | |
| SALES AND LEASE OWNERSHIP, ) | |
| RICHARD MOORE, and BRAD MARTIN, ) | |
| ) | |
|    Defendants. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Ashley Alford, and Defendant, Aaron Rents, Inc. (n/k/a Aaron's, Inc.), and request that this Court enter an Order of dismissal as to Aaron's, Inc. with prejudice, as the parties have reached a settlement between Plaintiff, Ashley Alford, and Defendant, Aaron's Rents, Inc.  This Court should retain jurisdiction for the limited purpose of enforcing the "Release And Settlement Agreement" entered into between the parties.  All parties to pay their own costs and expenses, as set forth in the "Release And Settlement Agreement."

By: s/ Judy L. Cates
   Judy L. Cates
   The Cates Law Firm, L.L.C.
   216 West Pointe Drive, Suite A
   Swansea, Illinois  62226
   Telephone: 618-277-3644
   Facsimile: 618-277-7882
   E-mail: jcates@cateslaw.com

*Attorney for Plaintiff, Ashley Alford*

By: s/ Camille A. Olson (with consent)
   Camille A. Olson
   Seyfarth Shaw LLP
   131 South Dearborn Street
   Suite 2400
   Chicago, Illinois  60603-5577
   Telephone: 312-460-5000
   E-mail:colson@seyfarth.com

*Attorney for Defendant, Aaron Rents, Inc.*

## Proof of Service

The undersigned certifies that a copy of the ***"Stipulation For Dismissal With Prejudice"*** was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Illinois by using the CM/ECF system which will send a Notice of Electronic Filing upon counsel of record of all parties on this 25th day of March, 2012.

s/ Judy L. Cates